# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

ALEXANDRA DISTANCE MARIE
WILSON, et al,

                 **CIVIL NUMBER: 4:25-cv-00116-SHL-WPK**

        Plaintiff(s),

v.                              **JUDGMENT IN A CIVIL CASE**

DONALD J. TRUMP, et al,

        Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Plaintiff's Complaint (ECF 1) and Supplement (ECF 2) are DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendants and against Plaintiffs.

                                                CLERK, U.S. DISTRICT COURT

Dated this 24th day of June, 2025.

                                                /s/ M. Mast

                                                By: Deputy Clerk