## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| ALEXANDRA DISTANCE MARIE WILSON, AMELIA CURELL, KAYLARA HOADLEY, VICTORIA WHITTEN, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, KIM REYNOLDS, BRENNA BIRD, CHRISTOPHER J. DEIST, KEVIN ALONS, MIKE BOUSSELOT, DOUG CAMPBELL, MARK COSTELLO, DAN DAWSON, ROCKY DE WITT, ADRIAN DICKEY, DAWN DRISCOLL, LYNN EVANS, JULIAN GARRETT, JESSE GREEN, KERRY GRUENHAGEN, DENNIS GUTH, MIKE KLIMESH, CARRIE KOELKER, TIM KRAAYENBRINK, MARK LOFGREN, CHARLI MCCLINTOCK, MIKE PIKE, JEFF REICHMAN, DAVID ROWLEY, KEN ROZENBOOM, SANDY SALMON, JASON SCHULTZ, ANNETTE SWEENEY, TOM SHIPLEY, DAVE SIRES, JEFF TAYLOR, KARA WARME, SCOTT WEBSTER, CHERIELYNN WESTRICH, JACK WHITVER, DAN ZUMBACH, JERRY BEHN, BRETT BARKER, DAVID BLOM, JANE BLOOMINGDALE, BROOKE BODEN, JACOB BOSSMAN, STEVEN BRADLEY, MARK CISNEROS, TAYLOR COLLINS, TOM DETERMANN, ZACH DIEKEN, JON DUNWELL, SAMANTHA FETT, DEAN FISHER, JASON GEARHART, DAN GEHLBACH, THOMAS GERHOLD, CINDY GOLDING, PAT GRASSLEY, BILL GUSTOFF, HELENA HAYES, ROBERT HENDERSON, CHRISTIAN HERMANSON, STEVEN HOLT, HEATHER HORA, THOMAS JENEARY, CRAIG JOHNSON, MEGAN JONES, BOBBY KAUFMANN, BARB KNIFF MCCULLA, SHANNON LATHAM, JUDD LAWLER, SHANNON LUNDGREN, JOSHUA MEGGERS, ANN MEYER, GARY MOHR, TOM MOORE, CARTER NORDMAN, | **4:25-cv-00116-SHL-WPK** <br><br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR ORDER OF SERVICE BY U.S. MARSHALS; MOTION FOR EMERGENCY PRELIMINARY RELIEF; AND REQUEST FOR EXTENSION OF TIME TO SERVE PROCESS** |

|  |  |
|---|---|
| MATTHEW RINKER, MIKE SEXTON, JEFF SHIPLEY, BRENT SIEGRIST, TRAVIS SITZMANN, JENNIFER SMITH, RAY SORENSEN, HENRY STONE, MARK THOMPSON, CHARLEY THOMSON, MIKE VONDRAN, RYAN WELDON, SAM WENGRYN, SKYLER WHEELER, CRAIG STEVEN WILLIAMS, JOHN WILLS, JOHN WILZ, MATT WINDSCHITL, DEVON WOOD, DEREK WULFF, DAVID YOUNG, REPUBLICAN PARTY OF IOWA, REPUBLICAN NATIONAL COMMITTEE, JOHN AND JANE DOES,<br><br>          Defendants. |  |

On June 27, 2025, Wilson filed a pleading that includes, among other things, an urgent request for injunctive relief to stop SF 418 from going into effect on July 1, 2025. (ECF 14.)

The Court dismissed Wilson's claims on June 23, 2025, and entered judgment for the Defendants. (ECF 12; ECF 13.) The dismissal of Wilson's underlying claims makes her request for a preliminary injunction moot. Even if this filing is interpreted as an amended complaint (despite the dismissal of her claims with prejudice), dismissal would be required. Wilson is not entitled to relief for the reasons set forth in the Court's prior Order, including, *inter alia*, that she has not demonstrated standing to bring suit. (*See* ECF 12, p. 6.) Wilson does not allege any new facts in this filing that would change the Court's analysis. Accordingly, the Court DENIES Wilson's Motion for Preliminary Injunction (ECF 14).

Because her claims have been dismissed, service is not required or appropriate. Accordingly, the Court will not order the U.S. Marshals to effectuate service, nor is any extension of time for service necessary. The Court DENIES Plaintiff's Motion for Extension of Time to Serve Process (ECF 15) and Motion for Order for Service by U.S. Marshals (ECF 16).

To be clear, the Court's prior ruling granting Wilson permission to "proceed *in forma pauperis*" relates to her obligation to pay filing fees. Meaning: she was not required to prepay the $405 filing fee and will not be assessed the $55 administrative fee. It does *not* mean that she is permitted to proceed further with this lawsuit.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2025.

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE